SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ETHAN G. BODELL, PASB #321830**
Special Assistant United States Attorney
Ethan.Bodell@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**KEVIN LEONARD RIVERA,**

**Defendant.**

**3:22-cr-00404-AN-3**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

Mr. Rivera was part of a fraud scheme that used victims' stolen personal and financial information to procure goods and services. The government recommends the Court sentence Mr. Rivera to a 36-month term of imprisonment, followed by a three-year period of supervision, payment of restitution to victims, and the conditions set forth in the PSR.

//

//

**The Offense Conduct**

Mr. Rivera was involved in a conspiracy where stolen personal identifying information (PII) and financial identifying information (FII) were used to fraudulently rent apartments, open bank accounts, finance vehicles, and purchase other goods and services. PSR ¶ 19. The PII and FII were obtained through stolen mail and the dark web. *Id.* Mr. Rivera used Adult Victim 5's (AV5's) Social Security number and date of birth—as well as a fraudulent driver's license bearing AV5's information but defendant's picture—to rent an apartment in Portland, Oregon. PSR ¶ 20. Mr. Rivera also used AV5's PII to apply for and acquire a utility account with Portland General Electric. *Id.*

On April 28, 2022, a court-authorized search warrant was executed at the Portland apartment. PSR ¶ 21. The following was found: 25.5 grams of suspected heroin, 32.8 grams of suspected methamphetamine, a Glock 9mm magazine, 25 rounds of ammunition, a forged U.S. Postal Service postmaster key, a stolen license plate, a mobile printer and fraudulent checks, over 30 credit cards, miscellaneous identification documents including six driver's licenses, stolen business checks and computers, and an estimated $30,000 in stolen medical equipment. PSR ¶¶ 23–26.

**The Charges**

Mr. Rivera was charged by Superseding Indictment. ECF No. 25. Pursuant to plea negotiations, he pled guilty to Counts 1, 17, and 19, which charged Conspiracy to Commit Bank Fraud (18 U.S.C. §1349), Aggravated Identity Theft (18 U.S.C. § 1028A), and Keys or Locks Stolen or Reproduced (18 U.S.C. § 1704), respectively. ECF No 227. The government will dismiss the remaining charges at the time of sentencing.

**The Plea Agreement & Recommended Sentence**

The parties agree with the PSR's calculation of criminal history category IV. PSR ¶ 55. The parties also agree that the loss and restitution amount is $26,109.04.

Pursuant to the plea agreement, the parties have agreed the offense level for Count 1 should be calculated as follows:

| | |
|---|---|
| Base offense level (USSG § 2B1.1 (a)(a)) | 7 |
| Loss in excess of $15,000 (USSG § 2B1.1(b)(l)(C)) | +4 |
| More than 10 victims (USSG § 2B1.1(b)(2)(A)) | +2 |
| Acceptance of Responsibility (USSG § 3E1.1) | -2 |
| Early Resolution (18 U.S.C. § 3553(a)) | -2 |
| **Total Offense Level** | **= 9** |

With a criminal history category of IV and an offense level of 9, the guideline sentencing range for Count 1 is 12–18 months' imprisonment. USSG § 5A. Count 19 also falls under guideline § 2B1.1, therefore Counts 1 and 19 group for purposes of sentencing. USSG § 3D1.2(d). The parties will jointly recommend a 12-month sentence on Counts 1 and 19, to be served concurrently with one another. For Count 17, the parties agree that pursuant to USSG § 2B1.6 and 18 U.S.C. § 1028A, the Court is required to impose a 24-month sentence consecutive to the sentence imposed on any other counts. Accordingly, the parties will jointly recommend a total sentence of 36 months' imprisonment. The parties recommend that any sentence of imprisonment imposed in this case be ordered to run concurrently with any state sentences imposed in cases Multnomah County cases 19CR47197 and 21CR10889, Clackamas County cases 20CR59740, 24CR31032, and 24CR49887, and Clark County (WA) case 8Z0086951.

Pursuant to the plea agreement, the parties also jointly recommend a 3-year period of supervised release. The government agrees with the imposition of mandatory conditions 1-5, standard conditions 1-13, special conditions 1-15, and restitution as detailed in the PSR.

This jointly recommended sentence is sufficient, but not greater than necessary, to satisfy the goals of 18 U.S.C. § 3553(a). It properly accounts for the nature of the offense and Mr. Rivera's history and characteristics, reflects the seriousness of the offense, promotes respect for the law, provides just punishment for the offense, deters future criminal conduct, protects the public, and provides Mr. Rivera with access to training and treatment in the most effective manner. The recommended sentence also fits squarely in line with similarly situated defendants, particularly the co-defendants already sentenced in this case. As the PSR notes, the median sentence for defendants with the same offense level and criminal history is 37 months. PSR ¶ 120. And the co-defendants in this case who received sentenced of imprisonment—some of whom caused greater losses than defendant and some of whom were more minor participants—were sentenced to terms ranging between 16 and 54 months, placing the recommended 36-month sentence squarely in the middle of that range and accurately reflecting the loss amount and Mr. Rivera's level of culpability and involvement in the overall scheme.

**Restitution**

Mr. Rivera has agreed to pay restitution to the victims, which totals $26,109.04. Government Exhibit A specifies what is owed to each victim and their respective mailing addresses. Government Exhibit A is filed under seal to ensure victims' PII is protected.

Restitution is a mandatory portion of sentencing that serves the purpose of making a victim whole by restoring to the victim the value of the losses suffered as a result of the defendant's crimes. *United States v. Newman*, 659 F. 3d 1235, 1241 (9th Cir. 2011). The

government requests the Court order restitution due and payable upon entry of the judgment, with joint and several liability among the co-defendants as described in Exhibit A.

**Conclusion**

Based on the foregoing, the government recommends that the Court order a 36-month term of imprisonment, a 3-year term of supervised release subject to the conditions set forth in the PSR, and restitution in the amount of $26,109.94.

Dated: August 12, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Ethan G. Bodell*
ETHAN G. BODELL
Special Assistant United States Attorney