## Dear Honorable Judge,

My name is Kevin Rivera, I am 39 years old, a father of 5, union worker, journeymen, carpenter and framer. I am also a recovering addict. Due to my substance abuse, I found myself in a dark place where I made bad decisions.

I am writing to take accountability for my actions. I would like to formally apologize for my past behavior. I recognize it is unacceptable. Here are the ways in which the structure of the support programs has helped me find a path to rehabilitation.

Through the CSAP program I have been introduced to thinking reports. Once completed, they helped me reflect on the reasons behind my behavior. After identifying my intentions, I learned how to reprogram my thoughts in healthier ways. I would be grateful if the court could recommend or consider me for additional resources that are available.

I would like to continue exploring my path to recovery and achieve my goals. My continued participation in treatment programs will support me as I work toward them. I plan to actively rebuild trust with family members through consistent, reliable efforts

My biggest goal is my continued sobriety. By avoiding my triggers and being self-aware I can re-establish healthy habits. Ultimately, I would like to return to the community as a positive member. I want to ensure that I have set myself up for success upon release and have the framework for a solid routine that will help me stay mindful, clean, and safe.

Xianna Marcus (on behalf of Kevin Rivera)